MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>JESUS QUESADA,<br><br>                      Defendant. | CASE NO. 1:25-MJ-00072-SAB<br><br>REQUEST AND PROPOSED ORDER TO SET BRIEFING SCHEDULE ON MOTION TO REVOKE |

The government has filed a motion to revoke the defendant's release order. Prior to filing the motion, government counsel spoke with defendant's counsel about a briefing and hearing schedule for the motion. Defendant's counsel agreed to the following dates:

| | |
|---|---|
| Government Motion: | July 7, 2025 (previously ordered) |
| Defendant's Response: | July 14, 2025 |
| Government Reply: | July 21, 2025 |
| Hearing: | July 28, 2025 |

The government respectfully requests the court set the briefing and hearing dates as described above.

Dated: July 7, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

**ORDER**

The briefing and hearing schedule is set as set forth above.

IT IS SO ORDERED.

Dated:  **July 7, 2025**

UNITED STATES DISTRICT JUDGE